Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE: 6:12-mj-48-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | |
| LYNDSEY HARVEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having met all conditions of the deferred prosecution agreement (obey all laws and obtain valid driver's license) entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.  The Defendant has been issued a bailable citation for Driving Without a License (36 C.F.R. 4.2(b) incorporating CVC 12500(a)).

Dated: March 6, 2013                                                NATIONAL PARK SERVICE

 /s/ Matthew McNease
Matthew McNease
Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   March 6, 2013                                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1